Submitted on petition for review July 1, petition for review allowed; decision of Court of Appeals reversed and case remanded to circuit court for further proceedings October 8, 1992

LESTER STEWART,
*Petitioner on Review,*

*v.*

STATE OF OREGON,
*Respondent on Review.*

(CC 16-91-06043, 16-91-06044, 16-91-06045;
CA A71701 (Control), A71702, A71703;
SC S39330)

838 P2d 70

Dorothy J. Morey, Eugene, filed the petition for petitioner on review.

No appearance *contra.*

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is reversed, and the case is remanded to the circuit court for further proceedings. *See Boone v. Wright,* 314 Or 135, 836 P2d 727 (1992) (holding that the 1989 amendment to ORS 138.510(2) does not apply to persons whose convictions became final before August 5, 1989).